**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Y-GAR CAPITAL LLC,

          Plaintiff,

-against-

CREDIT SUISSE GROUP AG, CREDIT SUISSE
AG, CREDIT SUISSE INTERNATIONAL,
CREDIT SUISSE SECURITIES (USA) LLC,
TIDJANE THIAM, DAVID R. MATHERS,
JANUS HENDERSON GROUP PLC, JANUS
INDEX & CALCULATION SERVICES LLC and
JANUS DISTRIBUTOR LLC,

          Defendants.
-----------------------------------------------------------X



19 **CIVIL** 2827 (AT)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 2, 2020, Defendants' motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        January 3, 2020

                                      **RUBY J. KRAJICK**

                                        Clerk of Court

             **BY:**

                                        **Deputy Clerk**